JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
JENNIFER L. YAZDI (SBN 301868)
jyazdi@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendant
Exeter Finance Corp.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MELISSA MEYER,<br><br>      Plaintiff,<br><br>vs.<br><br>EXETER FINANCE CORP.,<br><br>      Defendant. | CASE NO.: 16-647<br><br>**NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Exeter Finance Corp. ("Defendant") hereby removes to this Court the state court action described below.

1. On March 7, 2016, a complaint was filed against Defendant by plaintiff Melissa Meyer ("Plaintiff"), in an action pending in Superior Court of the State of California in and for the County of Orange, entitled *Melissa Meyer vs. Exeter Finance Corp.*, Case No. 30-2016-00839246-CL-NP-CJC. A copy of the state court complaint ("Complaint") is attached hereto as **Exhibit A**.

2. This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant received a copy of the Complaint on March 17, 2016.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a), because the Complaint asserts claims against Defendant arising under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. *See* Ex. A at ¶ 1.

4. As the Complaint was filed in the Superior Court of the State of California, County of Orange, venue in this District Court is proper. *See* 28 U.S.C. § 1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending); 28 U.S.C. § 84(c)(3) (The Central District, Southern Division comprises, inter alia, Orange County).

5. Defendant is represented by the undersigned.

6. Attached hereto as **Exhibits B and C** are true and correct copies of Complaint Civil Cover Sheet and Summons on Complaint, respectively, which were filed in the Superior Court of the State of California in and for the County of Orange, in the action entitled *Melissa Meyer vs. Exeter Finance Corp.*, Case No. 30-2016-00839246-CL-NP-CJC.

1  DATED: April 7, 2016         SIMMONDS & NARITA LLP
2                                JEFFREY A. TOPOR
                                 JENNIFER L. YAZDI

4                                By:  /s/Jennifer Yazdi
                                     Jennifer L. Yazdi
5                                    Attorneys for Defendant
                                     Exeter Finance Corp.