LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA MEYER**, | Case No. 8:16-cv-00647-AG-KES |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **EXETER FINANCE CORP.** and DOES 1-20, | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 2nd day of November, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

1  Filed electronically on this 2nd day of November, 2016, with:

2
3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5
6  Honorable Andrew J. Guilford
   United States District Court
7  Central District of California

8  Jeffrey A Topor
9  Simmonds and Narita LLP

10
   Jennifer Lawdan Yazdi
11 Simmonds and Narita LLP

12
   This 2nd day of November, 2016.
13

14 s/Todd M. Friedman
   Todd M. Friedman
15

16

17

18

19

20

21

22

23

24

25

26

27

28