# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**MELISSA MEYER,**               ) Case No. **8:16-cv-00647-AG-KES**
                                 )
Plaintiff,                       ) **ORDER**
                                 )
    **vs.**                     )
                                 )
**EXETER FINANCE CORP.,** et al.,  )
                                 )
Defendant.                       )
_____ )

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed without prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 6TH day of January, 2017.

_____
The Honorable Andrew J. Guilford